IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Case No. 2:20-CR-3-2 - JRG-RSP |
| § | |
| RONALD CHARLES PARKER § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding defendant's plea of guilty to Count 16 of an indictment charging defendant with a violation of 21 U.S.C. § 841(a)(1), possession with intent to distribute and distribution of methamphetamine.  Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea.  Though given the 14 day objection period that follows filing of such, both the Government and the Defendant affirmatively waived their right to file objections to the Findings of Fact and Recommendation in open Court and on the record, before sentencing began.  The Court is of the opinion that the Findings of Fact and Recommendation should be accepted and adopted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed December 16, 2020, are hereby ADOPTED in all respects.

It is further ORDERED that, pursuant to defendant's plea agreement, the Court finds defendant GUILTY of Count 16 of the indictment in the above-numbered cause.

**So ORDERED and SIGNED this 16th day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE